UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM T. STEPHENS,

      Plaintiff,

v.                                              Case No. 3:20-cv-70-HLA-PDB

CORIZON, LLC, etc.,

      Defendants.
_____

## ORDER

The Court **grants** the plaintiff's unopposed motion for leave to file a sur-reply to the Florida Department of Corrections's motion to dismiss. Doc. 48. The plaintiff may file a sur-reply of no more than two pages inclusive of all parts by **May 7, 2021**.

**Ordered** in Jacksonville, Florida, on April 26, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

caw 4/26

c:      Counsel of Record